IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

RAYSHAWN L STRONG,

    Plaintiff,

v.                                                         CASE NO. 1:05-cv-00010-MP-AK

ALACHUA COUNTY DETENTION
CENTER, et al.,

    Defendants.

_____/

## O R D E R

This matter is before the Court on Doc. 6, Report and Recommendations of the Magistrate Judge, recommending that this case be dismissed without prejudice. Objections to Report and Recommendation were due by May 13, 2005, but none were filed. The Court agrees with the Magistrate Judge that plaintiff has failed to follow the order of the court to file a motion to proceed in forma pauperis or pay the filing fee. Additionally, plaintiff has failed to keep the Court updated with his address. Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

    1.    The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

    2.    This action is DISMISSED, and the clerk is directed to close the file.

    **DONE AND ORDERED** this  *9th*  day of June, 2005

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge